UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

KIMBERLEY A. MCQUEARY ~~LAYNE~~,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 4:23-CV-370-RH-MAF
*(To be filled in by the Clerk's Office)*

v.

FLORIDA DEPT OF HEALTH, ET AL,
STATE OF FL BOARD OF NURSING, (SEE ATTACHED)
PROSECUTION SERVICES UNIT, SEE ATTACHED

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☒ YES   ☐ NO

_____/

## DEFENDANTS

JOHN B FRICKE JR, AAG

MATTHEW G WITTERS

JOHN WILSON, GC

SARAH YOUNG HODGES

JOE BAKER

ANN PRESCOTT


ADDRESS FOR ALL

4052 BALD CYPRESS WAY - PSU UNIT
TALLAHASSEE, FL 32399

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: KIMBERLEY A. MCQUEARY ~~LAYNE~~

   Address: 3823 TAMIAMI TR E #105

   City, State, and Zip Code: NAPLES, FL 34112

   Telephone: 239 682-3493 _(Home)_ 239-238-5573 _(Cell)_

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ _(Home)_ _____ _(Cell)_

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: FLORIDA DEPT OF HEALTH, ET AL

   Official Position: STATE AGENCY – REGULATORY AGENCY – ENTITY

   Employed at: _____

   Mailing Address: 4052 BALD CYPRESS WAY BIN C-02
   TALLAHASSEE, FL 32399

   ☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: FL STATE BOARD OF NURSING, ET AL

   Official Position: LICENSING AGENCY – DIVISION OF FL DEPT OF HEALTH

   Employed at: AND FL BON PROSECUTION SERVICES UNIT [PSU]

   Mailing Address: 4052 BALD CYPRESS WAY – PSU UNIT
   TALLAHASSEE, FL 32399

   ☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

III. **STATEMENT OF FACTS**

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

① FL DEPT OF HEALTH | BOARD OF NURSING | PROSECUTION SERVICES UNIT DISREGARDED AND VIOLATED RULES AND PROCEDURES ACCORDING [TO] THE FL ADMINISTRATIVE PROCEDURE ACT, FL ADMINISTRATIVE CODE, THE FL DOH, AND U.S. CONSTITUTIONAL AND FEDERAL STATUTES, INCLUDING CIVIL RIGHTS OF THIS PLAINTIFF.

**Factual Allegations, Continued** *(Page  1  of  2 )*

(2) FL DOH/BON/PSU COMMENCED JUDICIAL PROCEEDINGS AGAINST PLAINTIFF, IN AUGUST 2020, WITHOUT PROVIDING PLAINTIFF WITH EVIDENCE OF WHAT WAS BEING USED AGAINST HER. PLAINTIFF RECEIVED NO RECORD UNTIL ③ MONTHS AFTER A 'FINAL DECISION' AND 'AMENDED FINAL DECISION' WAS MADE.

(3) FL DOH/BON/PSU FAILED TO COMPLY WITH A 'STAY ORDER' FROM THE IDCA COURT. INSTEAD THEY FURTHER ENCUMBERED THE LICENSE, IN SEPTEMBER 2021.

(4) FL DOH/BON/PSU DISREGARDED AN ORDER TO REVERSE AND REMAND; AN ORDER FROM IDCA ON SEPT. 21, 2022.

(5) FL DOH/BON/PSU DISREGARDED A MANDATE FROM IDCA ON OCTOBER 10, 2022.

(6) FL DOH/BON/PSU TRIED TO 'INJECT' ADDITIONAL ALLEGATIONS THAT WERE NOT IN THE FRAMEWORK OF THE COMPLAINT.

(7) THE ORIGINAL PROCEEDING ENDED IN THE PLAINTIFF'S FAVOR WITH A BONA FIDE TERMINATION OF THAT PROCEEDING.

(8) THE LICENSE WAS CORRECTED ON JANUARY 12, 2023; THIS MEANS THE LICENSE REMAINED ON THE INTERNET,

**Factual Allegations, Continued** *(Page 2 of 2 )*

PUBLICLY ACCESSIBLE, REFLECTING AN UNFAVORABLE IMPRESSION, OR LIBEL.

(9) PLAINTIFF WAS UNABLE TO OBTAIN GAINFUL EMPLOYMENT BECAUSE OF THE LICENSE STATUS ON THE INTERNET. SHE WAS DEPRIVED OF HER RIGHT TO WORK BECAUSE HER LICENSE WAS ENCUMBERED WHEN A 'STAY ORDER' SHOULD HAVE BEEN FOLLOWED.

(10) DEFENDANT(S) DELAYED IN CHANGING STATUS OF THE LICENSE SEVERAL TIMES; SEPT. 2021, SEPT. 2022, OCT. 2022. LICENSE REFLECTED CORRECT CHANGE IN JAN. 2023.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

42 USC 1983 CONSTITUTIONAL RIGHTS VIOLATED INCLUDING CIVIL RIGHTS, 14th, 5th, 4th AMENDMENTS, AND STATE/FEDERAL RULES OF ADMINISTRATIVE PROCEDURE ACT AND ADMINISTRATIVE CODE MALICIOUS PROSECUTION WITH DEFAMATION OF CHARACTER

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

MONETARY DAMAGES TO INCLUDE COMPENSATORY AND PUNITIVE DAMAGES UNDETERMINED - BETWEEN $10 MILLION - $40 MILLION

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 8/22/23   Plaintiff's Signature: _Kimberley B. McGwary [Clayne]_

Printed Name of Plaintiff: KIMBERLEY A. MCGUEARY CLAYNE

Address: 3823 TAMIAMI TR E 105

NAPLES, FL 34112

E-Mail Address: product19@protonmail.com
nbragn8@protonmail.com
Klayn13@wgu.edu

Telephone Number: 239-682-3493 | 239-238-5573

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*